```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0109--CV (RRB)
            "CHRISTIAN T. RADCLIFFE V OVERHEAD DOOR CORP"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 05/18/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (365) Personal injury - product liability

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 05/18/05 receipt # 00125248
          Trial by: Court
```

Parties of Record:                                Counsel of Record:

PLF 1.1            RADCLIFFE, CHRISTIAN T.        D. Scott Dattan
                                                  Law Offices of D. Scott Dattan
                                                  2600 Denali Street, Suite 460
                                                  Anchorage, AK 99503
                                                  907-276-8008
                                                  FAX 907-278-8571

DEF 1.1            OVERHEAD DOOR CORP             James N. Leik
                                                  Perkins Coie
                                                  1029 W. 3rd Avenue, Suite 300
                                                  Anchorage, AK 99501
                                                  907-279-8561
                                                  FAX 907-276-3108

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A05-0109--CV (RRB)
                   "CHRISTIAN T. RADCLIFFE V OVERHEAD DOOR CORP"

                               For all filing dates
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 05/18/05
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (365) Personal injury - product liability

             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Paid $250.00 on 05/18/05 receipt # 00125248
           Trial by: Court
```

```
Document #   Filed      Docket text

    1 -  1   05/18/05   DEF 1 Notice of Removal from Superior Court for the State of Alaska
                        3AN-05-7412CV w/att exhs.

    2 -  1   05/18/05   DEF 1 Notice to plf of filing of notice of removal.

    3 -  1   05/18/05   DEF 1 Disclosure Statement.

    4 -  1   05/20/05   RRB Minute Order to Petitioner Subsequent to Removal. cc: cnsl

    5 -  1   05/24/05   DEF 1 Answer to Complaint.

    6 -  1   05/25/05   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

    7 -  1   05/27/05   DEF 1 Service List.

    8 -  1   05/27/05   DEF 1 Notice of filing state court records w/att exhs.

    9 -  1   05/31/05   PLF 1 motion to amend caption.

   10 -  1   05/31/05   PLF 1 Notice to the crt of flg cy of complaint form Superior Crt.

   11 -  1   06/01/05   DEF 1 non-opposition to PLF 1 motion to amend caption (9-1).  cc: cnsl

   12 -  1   06/03/05   RRB Order granting motion to amend caption (9-1).   cc: cnsl

   13 -  1   06/22/05   PLF 1; DEF 1  S&P Conference Report.

   14 -  1   06/27/05   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 05/01/06; Dispositive motions deadline 06/02/06; Estimate of
                        trial 5 days; TBC. cc: cnsl

   15 -  1   07/25/05   DEF 1 motion for leave to file amended answer w/att amended answer.

   16 -  1   08/18/05   RRB Order granting motion for leave to file amended answer w/att amended
                        answer (15-1).  cc: cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0109--CV (RRB)
                          "CHRISTIAN T. RADCLIFFE V OVERHEAD DOOR CORP"

                                      For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 08/18/05 | DEF 1 Answer (Amended). |